FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 12 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 16-3068 JB |
| Plaintiff, ) | |
| ) | |
| vs. ) | 18 U.S.C. §§ 1153 and 2241(a) and |
| ) | 2246(2)(B): Aggravated Sexual Abuse. |
| **JAMES EDWARDS,** ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

From on or about December 25, 2014 and continuing through January 31, 2015, in Indian Country, in Cibola County, in the District of New Mexico, the defendant, **JAMES EDWARDS**, an Indian, did unlawfully and knowingly engage in and attempt to engage in a sexual act with Jane Doe, an Indian, by force, and the sexual act consisted of contact between the mouth of the Defendant and vulva of Jane Doe.

In violation of 18 U.S.C. §§ 1153 and 2241(a), and 2246(2)(B).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
7/12/2016 11:25 AM